UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BOARD OF TRUSTEES OF THE :
WESTCHESTER PUTNAM COUNTIES :
HEAVY & HIGHWAY LABORERS' LOCAL :
NO. 60 PENSION FUND, WELFARE FUND, :
ANNUITY FUND, APPRENTICE AND :
TRAINING FUND, LEGAL SERVICES :
FUND, INDUSTRY ADVANCEMENT FUND; :
THE NEW YORK STATE LABORERS :
EMPLOYERS COOPERATION AND : **ORDER**
EDUCATION AND TRUST FUND; THE :
LABORERS LOCAL 60 AND : 19 CV 7837 (VB)
CONSTRUCTION INDUSTRY COUNCIL OF :
WESTCHESTER AND HUDSON VALLEY, :
INC.; and WESTCHESTER PUTNAM :
COUNTIES HEAVY & HIGHWAY :
LABORERS' LOCAL NO. 60, :
                Plaintiffs, :
 :
v. :
 :
WJL EQUITIES CORP.; CNB CONTRACTING :
CORP.; WJL CORPORATION; WJL :
CONSTRUCTION CORP.; DANIELLE :
BUENAVENTURA; WILLIAM LOUGHEED; :
and ABC Corporations 1–10, :
                Defendants. :
------------------------------------------------------------x



The Court conducted an initial conference today, at which counsel for all parties appeared in person and at which defense counsel informed the Court of defendants' consent to plaintiffs' application to amend the complaint. (See Doc. #37).

Accordingly, it is HEREBY ORDERED:

1.    Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, plaintiffs' application to amend the complaint is GRANTED.

2.    By December 23, 2019, plaintiffs shall file and serve the amended complaint.

1

3. By January 13, 2020, defendants shall answer, move, or otherwise respond to the amended complaint.

Dated: December 9, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge