UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BOARD OF TRUSTEEES OF THE
WESTCHESTER PUTNAM COUNTIES
HEAVY & HIGHWAY LABORERS LOCAL
NO. 60 PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICE AND
TRAINING FUND, LEGAL SERVICES
FUND, INDUSTRY ADVANCE; and
WESTCHESTER PUTNAM COUNTIES
HEAVY & HIGHWAY LABORERS LOCAL
NO. 60,
                  Plaintiffs,
v.

CNB CONTRACTING CORP.; WJL
CORPORATION; WJL CONSTRUCTION
CORP.; DANIELLE BUENAVENTURA;
WILLIAM LOUGHEED; ABC
CORPORATIONS 1–10; LONG WARD LLC;
and 18 ASHFORD LLC,
                  Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 7837 (VB)

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 8, 2020. To be clear, any application to restore the action must be filed by October 8, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: September 8, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge